## 50227. RADCLIFF v. THE STATE.

QUILLIAN, Judge.

In the case sub judice the defendant's probation was revoked because the trial judge found that the defendant was sitting in a car drinking beer at 4:00 a.m. While the evidence might have supported a finding that the defendant violated a condition of his probation which pro-

hibited alcoholic intoxication, this was not one of the grounds stated in the petition for revocation of probation. Therefore the order of revocation was erroneous. *Dingler v. State,* 101 Ga. App. 312 (113 SE2d 496); *George v. State,* 99 Ga. App. 892 (109 SE2d 883); *Gay v. State,* 101 Ga. App. 225 (113 SE2d 223); *Kendrick v. State,* 125 Ga. App. 326 (187 SE2d 580).

*Judgment reversed. Pannell, P. J., and Clark, J., concur.*

Submitted February 4, 1975 — Decided February 19, 1975 — Rehearing denied March 11, 1975.

*Edward J. Magner,* for appellant.

*George W. Darden, District Attorney, B. Wayne Phillips, Assistant District Attorney,* for appellee.